wards Either by ord^ring the sd Sheafe to pay the sd fraight according to bills of Loading Or at Least that the said Sheafe giue ord^r so the person that hath Re[c]eiued the sd Goods in Jamaco to pay the fraight Afores^d: the sd Edwards is Like to be Dismist of His due and Loose His fraight Contrary to that Knowne truth that the Labo^rer is worthy of His hier all w^ch he humbly Refers to yo^r Hon^rs as the fathers of the Country to Judge &c. According to yo^r prudence to grant Reliefe to him who subcribes him selfe;

Yo^r Hon^rs Most humble Seruant & Suppliant Tho: Edwards ]

## BURNAM v. MACDANNIELL

Richard Barnum plaintiff against John Macdaniell Defend^t in an Action of the Case for withholding certaine goods to the vallue of fiue pounds nine shillings fowre pence or thereabout & due Damages according to Attachm^t Dated the third Day of y^e Eleuenth month 1671 . . . the Jurie . . . found for the Defend^t Costs of Court twenty shillings & six pence.

Execucion Issued y^e 13th of y^e 12m° 1671 for 20^s & 6^d

## VSHER v. GARD

Hezekiah Vsher sen^r plantiff against the Goods or Estate of John Gard deceased now in the hands of Bernard Trott & W^m Taylor Excecutors to the said Estate Defend^ts in an Action of Debt of eighteene pounds seauen shillings & nine pence or thereabouts in money Due by booke with interest & other due Damages according to Attachm^t Dated the first Day of December 1671 . . . the Jurie . . . found for the plantiff Eighteene pounds thirteene shillings & nine pence in money & costs of Court which was thirty fiue shillings & eight pence.

## GIBSON v. FAWRE

Richard Callicott Attourney to Christopher Gibson plantiff against the howsing & Lands formerly the Estate of Eliazer Fawre Deceased &c Defend^st according to Attachm^t Dated the 15th of 11m° 1671 the plaintiff withdrew his Action.

## GREENOUGH v. PAINE

William Greenough plantiff against John Paine Defend^t according to Attachm^t Dated the 25th of January 1671 the pl^t vpon non appearance was nonsuited.